[No. 39075-2-II.   Division Two.   October 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY LEE CROW, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00585-6, Wm. Thomas McPhee, J., entered March 23, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Penoyar, C.J., and Worswick, J.

[Nos. 39125-2-II; 39198-8-II.   Division Two.   October 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD CARPENTER DEWITT, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 08-1-04712-3, John A. McCarthy, J., entered March 26, 2009. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 39258-5-II.   Division Two.   October 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES MATTHEW EWING, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-02066-9, Carol Murphy, J., entered May 1, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Sweeney, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 39329-8-II.   Division Two.   October 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK LANG HUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01793-5, Lisa R. Worswick, J., entered May 8, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt and Quinn-Brintnall, JJ.